# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR242** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **MARISOL PEREZ-FERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's oral motion to continue the sentencing hearing in this matter. The Defendant has no objection. The Court finds good cause to grant the continuance. Accordingly,

IT IS ORDERED:

1. Plaintiff's oral motion to continue the sentencing hearing is granted; and

2. Defendant's Sentencing Hearing which had been scheduled for November 21, 2005, is now rescheduled to **Monday, December 12, 2005, at 9:30 a.m.**

DATED this 18th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge